IN THE UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF ALABAMA
NORTHERN DIVISON

IN RE:

| | |
|---|---|
| Wallace Leslie, ) | |
| SSN: XXX-XX-7856, ) | |
| Wendy Leslie , ) | |
| SSN: XXX-XX-8469, ) | |
| ) | CASE NO.: 22-82200-CRJ-13 |
| Debtors. ) | CHAPTER 13 |
| _____ ) | |
| ) | |
| Wendy Leslie, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AP NO.: |
| ) | |
| Zynex Medical, ) | |
| ) | |
| Defendant. ) | |

## **ADVERSARY PROCEEDING**

COMES NOW the Plaintiff, Wendy Leslie, (hereinafter "plaintiff") and alleges as follows:

## **FACTS**

1. Plaintiff is the Debtor in the above-referenced Chapter 13 bankruptcy case. This case was commenced on December 16, 2022.

2. Defendant Zynex Medical. (hereinafter "Zynex") is a medical clinic and does business within this judicial district and division.

3. Plaintiffs originally listed in the bankruptcy schedules an unsecured debt with Zynex. Notice of the filing was provided to Zynex via first class mail on December 21st 2022 at its place of business according to the BNC certificate of notice filed into PACER.

4. After receiving notice of the filing of the case, Zynex sent three letters to the plaintiff demanding payment.

1

## COUNT I
### Violation of the Automatic Stay

5. The allegations contained in the proceeding paragraphs are incorporated herein by reference.

6. Zynex's conduct as set out above constitutes a violation of the automatic stay in that it attempted to collect a debt that was to be paid through the Debtors' chapter 13 case.

7. Plaintiff seeks compensatory damages and punitive, including attorney' fees and costs incurred in connection with the prosecution of this adversary proceeding.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff seeks an award against Zynex Medical for compensatory damages, including attorney's fees and costs incurred in the prosecution of this adversary proceeding, punitive damages for Zynex's willful violation of the courts order and whatever other and further relief that the Court deems appropriate.

Dated the 3rd day of April 2025

Respectfully submitted,

*s/ Melissa W. Mitchell*
Melissa W. Mitchell
Katherine Larsen
Attorneys for Debtors/Plaintiffs

OF COUNSEL:
Mitchell & Larsen, PC
521 Madison St., Ste 201
Huntsville, AL 35801
256-970-4217
Melissa@melissalegal.com

Corporation Service Company Inc. – Registered Agent of Zynex Medical
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

2